THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY LEE HARRIS, Defendant-Appellant.

(No. 73-70;

Second District—October 21, 1974.

78

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Reubner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Charles D. Sheehy, Jr., both of Model District State's Attorneys Office, of counsel), for the People.